908 A.2d 269

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Frank STECKEL, Appellant.**

**No. 92 MAP 2006.**

Supreme Court of Pennsylvania.

Sept. 18, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of September, 2006, the Motion to Quash Appeal for Mootness Pursuant to Pa.R.A.P.1972(a)(4) is granted.